## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: PETITION OF RETIRED JUDGE   :   No. 77 EM 2021
FARLEY TOOTHMAN   :
  :
  :
PETITION OF: FARLEY TOOTHMAN   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2021, the "Petition for Allowance of a Subpoena," seeking this Court's permission to subpoena the Honorable Jolene Grubb Kopriva pursuant to Rule of Judicial Administration 1701, is GRANTED.